UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-388-4D
No. 5:20-CR-388-5D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO PARTIALLY** |
| ) | **UNSEAL INDICTMENT** |
| WESLEY KIMBALL KELLY ) | |
| CALVIN LAMAR KELLEY ) | |

Upon motion of the United States of America, and for good cause shown, the Indictment returned by the Grand Jury for the Eastern District of North Carolina on August 19, 2020, as to the above-captioned defendants is hereby ORDERED to be unsealed.

This __17__ day of September 2020.

                                                              James C. Dever III
                                                             UNITED STATES DISTRICT JUDGE